UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICK LYNN SIMMONS,

        Defendant.

                           **INDICTMENT**

The Grand Jury charges:

(Interstate Communication with Threat to Injure)

On or about October 26, 2018, in Kent County, in the Southern Division of the Western District of Michigan, and elsewhere,

RICK LYNN SIMMONS

did knowingly and willfully transmit in interstate commerce a verbal communication over the telephone containing a threat to injure the person of another. Specifically, defendant SIMMONS placed a call while located in Kent County, Michigan on a cellular telephone to the Camden, New Jersey office of U.S. Senator Cory Booker in the District of New Jersey and left a voicemail that included the following threat with words to the effect of:

> I'm just doin' my guns a blazin' pal.  I got a nine millimeter I'll put in your fuckin' face, you motherfucker.  You wanna, you wanna challenge me? . . .  You wanna you, fuckin' nigger bitch.  Said you wanna, you wanna get in my face?  You wanna get in my face Cory?  Cory, come on buddy.  In my face buddy.  I'll put a nine millimeter in your fuckin' face so fuckin' fast that you won't even do shit you motherfucker. . . .  Come on, you bring it on buddy.  Just me and my wife and we got guns a blazin' you wanna come in here?  You wanna fuckin' fuck

with us? You wanna fuckin' push my life around? How 'bout I put a fuckin' nine millimeter in your fuckin' face you cock fucker.

18 U.S.C. § 875(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
CLAY M. WEST
Assistant United States Attorney